IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LINDY G. WRIGHT** ) | |
| ) | |
|    **Plaintiff** ) | |
| ) | **Civil Action No. 3:06-CV-1087-WKW** |
| v. ) | |
| ) | |
| **CHATTAHOOCHEE VALLEY** ) | |
| **COMMUNITY COLLEGE (CVCC),** ) | |
| *et al.*, ) | |
| ) | |
|    **Defendants** ) | |

**NOTICE OF APPEARANCE**

COMES NOW, H.E. Nix, Jr. of the law firm of Nix Holtsford Gilliland Higgins & Hitson, P.C. , and does hereby enter their appearance in his matter as additional counsel on behalf of the Defendants Chattachoochee Valley Community College, Laurel Blackwell, Dixie Peterson and James Lowe.


Respectfully submitted,


/s/ H.E. Nix, Jr.
H.E.Nix, Jr. (NIX007)


OF COUNSEL:
Nix Holtsford Gilliland
     Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585
(334) 215-7101 facsimile

## **CERTIFICATE OF SERVICE**

  I hereby certify that an exact copy of the foregoing instrument has been served on the following individual(s) by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this 11th day of January, 2007.

***Attorneys for Plaintiff Lindy Wright***
Jennifer B. Cooley
Parker & Cooley, LLC
1507 Broad Street
Phenix City, Alabama 36867
334-298-7062

Peter A. Dumbuya
Post Office Box 3302
Phenix City, Alabama 36868
706-289-5082

                   /s/ H.E. Nix, Jr.
                   OF COUNSEL