IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LINDY G. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-1087-WKW |
| | ) | |
| CHATTAHOOCHEE VALLEY | ) | |
| COMMUNITY COLLEGE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Proposed Discovery Plan filed by the plaintiff on January 16, 2007 (Doc. # 7), and the Motion for Extension of Time Within Which to File Rule 26(f) Proposed Discovery Plan filed by the defendants on January 17, 2007 (Doc. # 8), it is hereby

ORDERED that the motion is GRANTED. The parties shall file the Rule 26(f) report on or before February 1, 2007.

It is further ORDERED that on or before January 24, 2007, the plaintiff's counsel shall show cause why he should not be sanctioned for violating Rule 11(b) of the Federal Rules of Civil Procedure by misrepresenting to this court that the parties had agreed to the Proposed Discovery Plan.

DONE this 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE