IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LINDY G. WRIGHT,           )
                               )
       Plaintiff,        )
                               )
       v.                 )          CASE NO. 3:06-cv-1087-WKW
                               )
CHATTAHOOCHEE VALLEY    )
COMMUNITY COLLEGE, *et al.,*  )
                               )
       Defendants.    )

### ORDER

Upon consideration of Defendants' Amendment to Their Previously Filed Motion for Extension of Time Within Which To File Rule 26(f) Proposed Discovery Plan filed on January 22, 2007 (Doc. # 11), it is hereby

ORDERED that **the portion of the court's order** entered on January 18, 2007 (Doc. # 9) directing Plaintiff's counsel to show cause why he should not be sanctioned for violating Rule 11(b) of the Federal Rules of Civil Procedure **is VACATED**. Because the alleged misrepresentation was made by the defendants, not the plaintiff, the court finds that the plaintiff has not violated Rule 11(b) of the Federal Rules of Civil Procedure.

DONE this 24th day of January, 2007.

                         /s/  W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE