IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 JUN -8 P 4: 30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LINDY G. WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:06-cv-1087-WKW |
| v. | ) |
| | ) |
| CHATTAHOOCHEE VALLEY | ) |
| COMMUNITY COLLEGE (CVCC), | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, and gives notice of her appearance as additional counsel for Defendants Chattachoochee Valley Community College, Laurel Blackwell, Dixie Peterson and James Lowe and requests service of all pleadings, orders, motions, notices, and correspondence.

_____
BRANDY F. PRICE (ASB-4691-A63P)

Of Counsel:
*Nix Holtsford Gilliland Higgins & Hitson, P. C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
bprice@nixholtsford.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that an exact copy of the foregoing instrument has been served on the following individual(s) by email from the Court or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this 8th day of June, 2007.

Jennifer B. Cooley, Esq.
Parker & Cooley, LLC
1507 Broad Street
Phenix City, Alabama 36867

Peter A. Dumbuya, Esq.
Post Office Box 3302
Phenix City, Alabama 36868

Joan Davis, Esq.
Dept. of Post-Secondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36130

                                                _Brandy F. Price_
                                                OF COUNSEL