IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDY G. WRIGHT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:06-cv-1087-WKW |
| | ) |
| CHATTAHOOCHEE VALLEY | ) |
| COMMUNITY COLLEGE, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' Motion to Extend Time for the Filing of Reply Brief (Doc. # 22), which is unopposed by the plaintiff, it is ORDERED that the motion is GRANTED. The defendants' deadline for filing their reply brief is extended from November 20, 2007, to **November 26, 2007**.

DONE this 21st day of November, 2007.

                                                                     /s/   W.  Keith Watkins
                                                      UNITED STATES DISTRICT JUDGE