IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDY G. WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:06-cv-1087-WKW |
| | ) |
| CHATTAHOOCHEE VALLEY | ) |
| COMMUNITY COLLEGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is ORDERED that the plaintiff shall file a written response to the Defendants' Objections and Motion to Strike Portions of Plaintiff Lindy Wright's Evidentiary Submissions Contained in Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Doc. # 24) **on or before December 19, 2007**.

DONE this 29th day of November, 2007.

                                             /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE