**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LINDY G. WRIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:06-CV-1087-WKW** |
| | ) | |
| **CHATTAHOOCHEE VALLEY** | ) | |
| **COMMUNITY COLLEGE (CVCC),** | ) | |
| *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**REPORT REGARDING SETTLEMENT CONFERENCE**

COME NOW the Defendants, Chattahoochee Valley Community College, Dr. Laurel Blackwell, Dr. James Lowe, and Ms. Dixie Peterson, by and through counsel, and file this Report Regarding Settlement Conference as required by the Court's February 6, 2007, Scheduling Order.

1.      Defendants, through counsel of record, did conduct a face-to-face conference with Mrs. Jennifer Cooley, Plaintiff's counsel, at which counsel for both parties engaged in good faith discussions regarding negotiation, resolution and settlement of this matter.

2.      It was determined at the time of this meeting that resolution of this matter could not be reached.

3.      At this time, it is also believed by the Defendants that mediation will not assist the parties in resolving this case short of trial due to the Defendants' view that this matter is one of principle which if resolved by any monetary settlement would adversely affect and completely undermine the higher educational system and offering of professional degrees in the State of

Alabama.    In preparing this Settlement Report, Defendants' counsel did confer with Plaintiff's

counsel, Jennifer Cooley, and are aware that Plaintiff does believe that mediation will assist in the

resolution of this matter and is filing a separate report stating this with the Court.  However, because

of Defendants' views regarding this case and Plaintiff's previous demands in settlement negotiations,

Defendants do not believe that mediation will assist in the resolution of this matter.

       Respectfully submitted this 28th day of December, 2007.


                    /s/Brandy F. Price
                    H.E.Nix, Jr. (NIX007)
                    Brandy F. Price (PRI079)


OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - facsimile
cnix@nixholtsford.com
bprice@nixholtsford.com

**CERTIFICATE OF SERVICE**

  I hereby certify that an exact copy of the foregoing instrument has been served on the following individual(s) by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this 28th day of December, 2007.

***Attorneys for Plaintiff Lindy Wright***
Jennifer B. Cooley, Esq.
Parker & Cooley, LLC
1507 Broad Street
Phenix City, Alabama 36867

Peter A. Dumbuya, Esq.
Post Office Box 3302
Phenix City, Alabama 36868


Joan Davis, Esq.
Dept. of Post Secondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36130


     /s/Brandy F. Price
     OF COUNSEL