IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **Lindy G. Wright** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 3:06-CV-10897-WKW |
| ) | |
| **CHATTAHOOCHEE VALLEY** ) | |
| **COMMUNITY COLLEGE (CVCC),** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants** ) | |

**REPORT REGARDING SETTLEMENT CONFERFENCE**

COMES NOW the Plaintiff, Lindy Wright, by and through counsel, and files this Report Regarding Settlement Conference as required by the Court's February 6, 2007, Scheduling Order.

1. Plaintiff, through counsel of record, did conduct a face-to-face conference with Mr. Chip Nix, Defendant's counsel, at which counsel for both parties engaged in good faith discussions regarding negotiation resolution and settlement of this matter.

2. It was determined at the time of this meeting that resolution of this matter could not be reached; however, Plaintiff remains interested in mediating and would continue to exert good faith in so doing.

Respectfully submitted this 28th day of December, 2007.

/s/Peter Dumbuya
Peter Dumbuya (DUM006)

/s/Jennifer Cooley
 Jennifer B. Cooley (COO083)

OF COUNSEL:
Parker & Cooley, LLC
1507 Broad Street
Phenix City, Alabama  36867
Telephone: 334-298-7062
Facsimile: 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
JDBC4law@yahoo.com