IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDY G. WRIGHT,           )<br>                            )<br>    Plaintiff,              )<br>                            )  Civil Action No. 3:06-CV-1087-WKW<br>v.                          )<br>                            )<br>CHATTAHOOCHEE VALLEY        )<br>COMMUNITY COLLEGE (CVCC),   )<br>*et al.*,                   )<br>                            )<br>    Defendants.             )| |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Chattahoochee Valley Community College, Defendant in the above-captioned matter, and in accordance with General Order No. 3047, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries) affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is a public college of the State of Alabama.

Respectfully, submitted this the 4th day of January, 2008.

        /s/Brandy F. Price
H.E. NIX, JR. (ASB-6988-X54H)
BRANDY F. PRICE (ASB-4691-A63P)

Of Counsel:
*Nix Holtsford Gilliland Higgins & Hitson, P. C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
cnix@nixholtsford.com
bprice@nixholtsford.com

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to:

Jennifer B. Cooley
Parker & Cooley, LLC
1507 Broad Street
Phenix City, Alabama 36867

Peter A. Dumbuya
Post Office Box 3302
Phenix City, Alabama 36868

Joan Davis
Dept. Of Post-Secondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36130

on this the 4th day of January, 2008.

                                      /s/Brandy F. Price
                                      OF COUNSEL