IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| Lindy G. Wright,<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. 3:06CV1087-WKW |
| Chattahoochee Valley Community College et al,<br>    Defendants | )<br>) |

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Lindy G. Wright, Plaintiff, in the above captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    **This party is an individual.**


<u>1-7-08</u>
Date

                   <u> /s/ Jennifer B. Cooley</u>
                   Jennifer B. Cooley
                   Counsel for Lindy G. Wright, Plaintiff
                   Parker & Cooley,LLC
                   1507 Broad Street
                   Phenix City, Alabama  36867

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served on the following individual(s) by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this 7th day of January, 2008.

**Attorneys for Defendants**
Ms. Brandy F. Price, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

Mr. Chip Nix, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

Joan Davis, Esq.
Dept. of Post Secondary Education
401 Adams Avenue, Suite 280
Montgomery, AL  36130

/s/ Jennifer B. Cooley
OF COUNSEL