IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LINDY G. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-1087-WKW |
| | ) | |
| CHATTAHOOCHEE VALLEY | ) | |
| COMMUNITY COLLEGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that the trial in this matter is CONTINUED from the civil trial term commencing March 10, 2008, to the Opelika civil trial term commencing on **June 30, 2008.**

It is further ORDERED that the pretrial conference is CONTINUED from February 1, 2008, to **June 2, 2008.** Furthermore, the deadlines referenced in Sections 9, 10, and 11 of the Uniform Scheduling Order (Doc. # 15) are EXTENDED from February 11, 2008, to **June 2, 2008**.

DONE this 29th day of January, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE