IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDY G. WRIGHT, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil Action No. 3:06-cv-1087-WKW |
| v. | ) |
| | ) |
| CHATTAHOOCHEE VALLEY | ) |
| COMMUNITY COLLEGE (CVCC), | ) |
| *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO CONTINUE

COMES NOW counsel for Defendants Chattachoochee Valley Community College, Dr. Laurel Blackwell, Dr. James Lowe, and Dixie Peterson and files this Motion to Continue the pretrial conference date and trial date currently set in this matter. In support thereof, counsel states as follows:

    1.    This matter was previously scheduled for trial on March 3, 2008. The court, on its own motion, continued the trial of this action. The pretrial conference date is now scheduled on June 2, 2008 and the trial date is scheduled on June 30, 2008.

    2.    I, Brandy Price, counsel for Defendants, have been integrally involved in the preparation of this matter for trial. However, currently, I am pregnant. My estimated due date is May 31, 2008. Because of the close proximity of my due date and the pretrial conference date, I will not be able to participate in the pre-trial conference. Furthermore, due to my pregnancy and maternity leave, I will not be available to continue to prepare for trial or participate in the trial of this matter on June 30, 2008.

    3.    I have spoken with Jennifer Cooley, counsel for Plaintiff Lindy Wright, who has no objection to continuing this matter under these circumstances.

    4.    Due to these extenuating circumstances, counsel for Defendants is requesting that this Court continue this matter to the next available trial setting on or after August 31, 2008.

WHEREFORE PREMISES CONSIDERED, counsel for Defendants requests that this matter be continued to the next available trial setting.

Respectfully submitted this the 20th day of February, 2008.

                           s/Brandy F. Price
                           H.E. NIX, JR. (ASB-6988-X54H)
                           BRANDY F. PRICE (ASB-4691-A63P)

Of Counsel:
*Nix Holtsford Gilliland Higgins & Hitson, P. C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
cnix@nixholtsford.com
bprice@nixholtsford.com

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served on the following individual(s) either by email from the Court Clerk or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this 20th day of February, 2008.

Jennifer B. Cooley, Esq.
*Parker & Cooley, LLC*
1507 Broad Street
Phenix City, Alabama 36867

Peter A. Dumbuya, Esq.
Post Office Box 3302
Phenix City, Alabama 36868

Joan Davis, Esq.
Dept. Of Post Secondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36130

        s/Brandy F. Price
        OF COUNSEL