IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDY G. WRIGHT,                              ) | |
|       Plaintiff,                              ) | |
| v.                              ) | Case No. 3:06-cv-1087-WKW |
| CHATTAHOOCHEE VALLEY COMMUNITY COLLEGE, *et al.*,                              ) | |
|       Defendants.                              ) | |

## **ORDER**

Upon consideration of the defendants' unopposed Motion to Continue (Doc. # 43), it is ORDERED that the motion is GRANTED and that trial in this matter is CONTINUED from the civil trial term commencing June 30, 2008, to the Opelika civil trial term commencing on **December 15, 2008.**

It is further ORDERED that the pretrial conference is CONTINUED from June 2, 2008, to **November 7, 2008.** Furthermore, the deadlines referenced in Sections 9, 10, and 11 of the Uniform Scheduling Order (Doc. # 15) are EXTENDED to **November 7, 2008**.

DONE this 22nd day of February, 2008.

                                            /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE